AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kirk Gunnerson,

                Plaintiff,

  V.

Mayo Clinic Rochester,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:   12-1037 ADM/AJB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

 all claims against defendant are hereby dismissed with prejudice and on the merits, without further cost to any party.

| December 23, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/J. Zuech |
| | (By)              J. Zuech   Deputy Clerk |

Form Modified:  09/16/04